

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Vrijesh S. Tantuwaya MD, Inc., a
California Corporation,

Civil Action No. __15cv1671-WQH-NLS__

**Plaintiff,**

**V.**

See Attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that Plaintiff's Motion to Remand (Dkt No.7) is denied. It is further ordered that the Motion to Dismiss filed by Defendant California Physicians' Services dba Blue Shield of California (Dkt No.4) is granted with prejudice.

**Date:** _____3/14/16_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  N. Peltier

N. Peltier, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  15cv1671-WQH-NLS

Anthem Blue Cross Life and Health Insurance Company, a California corporation; Blue Cross of California, a California corporation; California Physicians' Service, doing business as Blue Shield of California, a California corporation,
Defendants.